GENEVIEVE CASEL et al., Appellants, v. ANITA L. CAMPBELL, Respondent.— Motion granted and appeal dismissed, without costs.

EARLE G. BENN, Plaintiff, v. BALTIMORE AND OHIO RAILROAD COMPANY, Defendant.— Motion for a stay granted on condition appellant posts a bond covering the amount of the judgment.

NINA BARBARO, Appellant, v. CATARACT THEATRE CORP., Respondent.— Appeal dismissed, without costs, upon stipulation.

In the Matter of ARTHUR J. MANSEAU, Appellant, against JAMES R. MACDUFF, as Commissioner of Motor Vehicles, Respondent.— Appeal dismissed, without costs, upon stipulation.

In the Matter of CLIFFORD L. WEST, Appellant, against JAMES R. MACDUFF, as Commissioner of Motor Vehicles, Respondent.— Appeal dismissed, without costs, upon stipulation.

LILLIAN HAYMAN, Plaintiff, v. GENERAL HOSPITAL OF SYRACUSE et al., Defendants. SAMUEL HAYMAN, Plaintiff, v. GENERAL HOSPITAL OF SYRACUSE et al., Defendants.— Appeals dismissed, without costs, upon stipulation.

MARTHA L. PFLEUGER, as Administratrix of the Estate of HERBERT A. PFLEUGER, Deceased, Respondent, v. MABEL G. PFLEUGER, as Administratrix of the Estate of HERBERT E. PFLEUGER, Deceased, et al., Appellants.— Appeals dismissed, without costs, upon stipulation.

OLIVE DUNN, Appellant, v. SYRACUSE TRANSIT CORPORATION et al., Respondents.— Appeal dismissed, without costs, upon stipulation.

MICHIGAN MUTUAL LIABILITY COMPANY, Respondent, v. SENECA WAREHOUSE & INDUSTRIAL CENTER, INC., Appellant.— Appeal dismissed, without costs, upon stipulation.

ALBERT G. BISHOP, Appellant, v. NORMA C. HUDSON, Doing Business as FRANCES BEAUTY SALON, et al., Respondents.— Motion granted and appeal dismissed, without costs.

ESTHER BISHOP, Appellant, v. NORMA C. HUDSON, Doing Business as FRANCIS BEAUTY SALON, et al., Respondents.— Motion granted and appeal dismissed, without costs.